## COMPUTER USAGE & E-MAIL

Computers, computer files, the e-mail system, and software furnished to employees are PLC property intended for business use only. Employees should not use a password, access a file, or retrieve any stored communication without authorization. To ensure compliance with this policy, computer and e-mail usage will be monitored.

Personal use of PLC computers and networks for downloading large files, streaming or downloading music or video, using peer-to-peer file-sharing utilities such as LimeWire, or any other high-bandwidth activity is forbidden at all times. During the lunch break and before business hours employees are permitted to use PLC computers and networks for personal e-mails, text-only chatting, online shopping, and general internet "surfing." Employees may use PLC computers and networks at any time to attend to urgent personal matters. Employee use of the internet will be monitored and reviewed periodically by PLC management. Abuses of the privilege of personal internet use will result in disciplinary action including loss of unearned PTO. Repeated abuse may result in termination.

The PLC strives to maintain a workplace free of harassment and sensitive to the diversity of its employees. Therefore, the PLC prohibits the use of computers and the e-mail system in ways that are disruptive, offensive to others, or harmful to morale.

For example, the display, downloading or transmission of sexually explicit images, messages, and/or cartoons is prohibited. Other such misuse includes, but is not limited to, ethnic slurs, racial comments, off-color jokes, or anything that may be construed as harassment or disrespectful to others.

E-mail may not be used to solicit others for commercial ventures, personal matters, religious or political causes, outside organizations, or other non-PLC related matters.

Employees may not use the firm's computers to play games of any type at any time.

The PLC purchases and licenses the uses of various computer software for business purposes and does not own the copyright to this software or its related documentation. Unless authorized by the software developer, the PLC does not have the right to reproduce such software for use on more than one computer.

Employees may only use software on local area networks (LAN) or on multiple machines according to the software license agreement. The PLC prohibits the illegal duplication of software and its related documentation.

## USE AND MAINTENANCE OF EQUIPMENT

Equipment essential in accomplishing job duties is often expensive and may be difficult to replace. When using the firm's equipment, employees are expected to exercise care, perform required maintenance, and follow all operating instructions, safety standards, and guidelines.

No employee is allowed to remove company equipment for personal use without the written approval of the Managing Attorney. The removal of company equipment, without the Managing Attorney's approval, may subject the employee to termination.

Please notify the Accounting Department if any equipment, machines, or tools appear to be damaged, defective, or in need of repair. Prompt reporting of damages, defects, and the need for repairs could prevent deterioration of equipment and possible injury to employees or others. The management can answer any questions about an employee's responsibility for maintenance and care of equipment used on the job.

The improper, careless, negligent, destructive, or unsafe use or operation of equipment can result in disciplinary action, up to and including termination of employment.

All employees are responsible for cleaning and maintaining their equipment and work area. The work area must be cleaned at least once a month. Employees will clean their equipment, i.e., typewriter, computer, printer, using the polish and cleaning fluids provided by the PLC.

## EMPLOYEE CONDUCT & WORK RULES OVERVIEW

To ensure orderly operations and provide the best possible work environment, the PLC expects employees to follow rules of conduct that will protect the interests and safety of all employees and the organization.

It is not possible to list all the forms of behavior that are considered unacceptable in the workplace. The following are examples of infractions of rules of conduct that may result in disciplinary action, up to and including termination of employment:

- Theft or inappropriate removal or possession of PLC property
- Falsification of timekeeping records, forms, reports, employment application forms, client records, or other information
- Falsification of time records, including clocking in/out for another employee, or having another employee sign you in/out
- Working under the influence of alcohol or illegal drugs
- Possession, distribution, sale, transfer, or use of alcohol or illegal drugs in the workplace, while on duty, or while operating employer-owned vehicles or equipment
- Fighting or threatening violence in the workplace
- Boisterous or disruptive activity in the workplace
- Negligence or improper conduct leading to damage of employer-owned or client-owned property
- Insubordination or other disrespectful conduct
- Violation of safety or health rules
- Smoking in the office
- Possession of dangerous or unauthorized material such as explosives or firearms, in the workplace
- Excessive absenteeism or any absence without notice
- Unauthorized absence from work during the workday
- Unauthorized use of telephones, mail system, computers, or other employer-owned equipment
- Unauthorized disclosure of business "secrets" or confidential information
- Violation of personnel policies
- Unsatisfactory performance or conduct
- Using profane or abusive language
- Gambling while on duty

- Sleeping while on duty
- Breach of confidentiality, including discussing, removing or releasing any information concerning the PLC clients or any other proprietary information
- Sexual harassment
- Possession of pornographic materials
- Unexcused absence extending more than three consecutive workdays (voluntary resignation)
- Working overtime without authorization
- Repeated disregard of the PLC Mission Statement
- Excessive tardiness
- Illegal conduct on the PLC property
- Willful abuse of the PLC's buildings, equipment or other property
- Unauthorized use of computer access codes, passwords and software
- Repeated client complaints
- Accepting compensation, gratuities, payments, benefits other than that provided by the PLC (except minor gratuities & gifts) approved by the Managing Attorney but only after the client has paid in full and the services have been completed.

## RETURN OF PLC PROPERTY

Employees are responsible for all the PLC property, materials, or written information issued to them or in their possession or control. Employees must return all PLC property immediately upon request or upon termination of employment. Where permitted by applicable laws, the PLC may withhold from the employee's check or final paycheck the cost of any items that are not returned when required. The PLC will also take any necessary action appropriate to recover its property.

On the last day of employment, employees are required to return all corporate property in their possession and complete an Employee Check form with the Office Manager.

Corporate Property includes, but is not limited to, keys to the firm, books, training tapes and research materials, card key for parking, or other law firm equipment, including employee handbook, laptop computers, projectors, and if applicable, any vehicle.

In the event there is a failure to return property of the PLC, or in the event such property is damaged, the firm will deduct the cost of replacement or repair from the employee's final pay.

## EMPLOYEE ACKNOWLEDGMENT

The employee handbook describes important information about the PLC.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the handbook may occur. All such changes will be communicated through official notices, and I understand that revised information may supersede, modify, or eliminate existing policies. Only the Managing Attorney of the PLC has the authority to revise the policies contained in this handbook

Furthermore, I acknowledge that this handbook is neither a contract of employment nor a legal document. I have received and have read and understand all of the provisions of the handbook herein. I also understand that it is my responsibility to comply with the policies contained in this handbook and any revisions made to it. Each employee is responsible for inserting revisions in their handbooks.

The handbook is the property of the PLC and will be returned to the PLC upon termination of employment

EMPLOYEE'S SIGNATURE

EMPLOYEE'S NAME
[Please Print Your Name]

4/22/2011

DATE

## LAW FIRM PROPERTY

Employees are expected to take reasonable care of corporate property in their possession. Corporate Property includes but is not limited to keys to the firm's office(s), books, training tapes, Employee Handbook, laptop computer, projector, pass key for parking, DVDs and, if applicable, a corporate vehicle.

In the event an employee fails to return property of the law firm or in the event such property is damaged (beyond reasonable wear & tear), the firm will deduct the cost of replacement or repair from the employee's pay.

On the last day of employment employees are required to return all corporate property in their possession and complete an Employee Checkout form with the Office Administrator.

I have read the foregoing terms and agree that the corporation may make deductions from my pay as set forth above and as provided on page 87 of the Employee Handbook.

EMPLOYEE'S SIGNATURE

Matt Muller
EMPLOYEE'S NAME
[Please Print Your Name]

4/22/2011
DATE

## MEMORANDUM

TO : Reeves & Associates Employees

FROM : Robert L. Reeves

RE: Return of Law Firm Property     DATE : November 28, 2001

The following memorandum is to all attorneys and office staff regarding the return of law firm property at the time of termination of employment. Please read the following terms, sign and make a copy for your records and return it to the Office Administrator.

From time to time employees resign, are laid off or terminated from their employment. On the last day of employment employees are required to return all corporate property in their possession and complete an Employee Checkout form with the Office Administrator.

Corporate property includes but not limited to keys to the firm, books, training tapes and research materials, the card key or passkey for parking, or other law firm equipment including laptop computers, projectors, or if applicable a corporate car.

In the event there is a failure to return property of the law firm, or in event such property is damaged the firm will deduct the cost of replacement or repair from the employee's final pay.

In the event that the employee owes money on a loan from the firm, it is the employee's responsibility to make adequate arrangements to fulfill all such outstanding financial obligations. Reeves and Associates may, in its discretion, make appropriate adjustments to the employee's final pay, including any separation benefit to compensate for such outstanding financial obligations.

These procedures are being implemented to assure the orderly departure of law firm employees.

I have read the fore-going terms and agree to deductions from pay as described above.

Dated 3/29/2011     Employee Signature: