

**REEVES & ASSOCIATES**

A Professional Law Corporation

PASADENA
TWO NORTH LAKE AVENUE
NINTH FLOOR
PASADENA, CALIFORNIA 91101
TELEPHONE (626) 795-6777
FAX (626) 795-6999

SAN FRANCISCO
388 MARKET ST., SUITE 1080
SAN FRANCISCO, CA 94111
TELEPHONE (415) 568-3777

LAS VEGAS
2770 S. MARYLAND PKWY., STE. 105
LAS VEGAS, NV 89109
TELEPHONE (702) 227-9888

MANILA
6767 AYALA AVE., STE. 507
MAKATI CITY, PHILIPPINES 1226
TELEPHONE (632) 759-6777

REFER TO FILE:

September 15, 2011

Via E-Mail and Overnight Mail

Mr. Matthew Muller
matthewdmuller@gmail.com

Re: Theft of Confidential and Proprietary Information

Dear Mr. Muller:

This letter is to put you on notice that we are aware of the extensive theft of highly confidential and proprietary information which you perpetrated upon this firm.

We demand the immediate return of all the information that you illegally appropriated from the firm's computer systems. We further demand that you do not copy, duplicate, disseminate, transfer or attempt in any other way to make use of the information and documentation that you stole. Furthermore, we remind you that the destruction of any of the information or the mediums in which they are contained in order to prevent their use in legal proceedings is unlawful.

Unless, within the next 48 hours, you return all of the information that you stole from this firm, we will take all lawful steps to insure that they are returned to us.

Sincerely,

NANCY E. MILLER
For Reeves & Associates

www.rreeves.com     E-mail: immigration@rreeves.com