*Dear Mr. Muller:*

*We are writing in response to your email from this morning. While you claim to be unaware of the "theft" of any "highly confidential" or "proprietary" data, we have evidence that you accessed directories and drives that you were not authorized to access, and downloaded information that you were not entitled to take, including private information regarding the firm's clients and personnel, confidential and proprietary business information, attorney-client privileged information, trade secrets and copyrighted materials. Included among the items we believe you have stolen are Firm client lists, confidential client-related memoranda, personnel files of Firm employees other than yourself, attorney-client communications*

1

between the Firm and its clients and the Firm and its own legal counsel, templates created by the Firm, and treatises and other resources purchased by the Firm. We understand you transferred this information from the Firm's desktop computer to another device, and believe you have transferred that information to your personal computer. In addition to violating the law, your conduct violates Firm policies, including those regarding confidentiality, privacy protocol, access to personnel files, computer usage and email, employee conduct and work rules, and return of Firm property.

In order to clarify our demand that you "return" all of the electronic information that you illegally appropriated, we demand that you submit any flash drive, hard drive, or other items upon which you have stored any files, documents, or information from the Firm to an independent third party computer analyst for safekeeping until there is a determination regarding whether and to what extent you were entitled to remove the aforementioned data from the Firm. We have contacted the IT security firm Dataway, and arranged for them to take delivery of your hard drive between 3 p.m. and 4 p.m. tomorrow, Saturday, September 17. Dataway is located at 180 Redwood St., Suite 300, San Francisco CA 94102. Their internet address is www.dataway.com, and their office phone number is 415-882-8700. Eoghan (pronounced "Owen") O'Neill of Dataway will make himself available at Dataway's office between 3 p.m. and 4 p.m. Eoghan's cell phone number is (415) 244-8374 and his email address is eoghan@dataway.com . We trust this timing will work for you. If, however, you need to arrange for an alternate time tomorrow please contact Eoghan immediately.

As for any hard copies of documents that contain the aforementioned data, we demand that you deliver those to the building's security representative in the lobby of our building. We have instructed security to take delivery of such items, and keep them in a secure location until we are able to collect them.

Additionally, you should be aware that depending on the extent of the client data you have taken, the Firm may be compelled to notify the Firm's clients of this breach. Of course, we hope that will not be necessary, and we urge your cooperation to ensure that does not become necessary.

Sincerely,

*Nancy E. Miller*
*AJLA So-Cal Liaison Co-Chair*
*Reeves & Associates*
*2 North Lake Avenue, 9th Floor*
*Pasadena, California 91101*
*Tel:      626 795-6777*
*Fax:      626 795-6999*
*nmiller@rreeves.com*