**FILED**

SEP 23 2011

RICHARD W.
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REEVES & ASSOCIATES, PLC,

    Plaintiff,

v.

MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE

    Defendants.

No. C 11-04762

**ORDER SETTING HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff filed an *ex parte* motion for a temporary restraining order, order for expedited discovery, and order to show cause. This motion will be deemed to be a motion for a preliminary injunction. A hearing on the motion will be held in courtroom 8 at the federal courthouse located at 450 Golden Gate Avenue, San Francisco, California at **1:45 P.M.** on **SEPTEMBER 28, 2011**. Plaintiff shall immediately SERVE the summons, complaint, and motion, along with all supporting papers and a copy of this order on defendant. Defendant may file a response to the motion by NOON on **SEPTEMBER 27, 2011**.

**IT IS SO ORDERED.**

Dated: September 23, 2011.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE

