**SEALED BY COURT ORDER**

**FILED**

SEP 2 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, | No. C 11-04762 WHA |
| Plaintiff, | |
| v. | **TO BE FILED UNDER SEAL** |
| MATTHEW D. MULLER, AND DOES 1-25 INCLUSIVE, | **ORDER TO SHOW CAUSE** |
| Defendant. / | |

Plaintiff should be prepared at the hearing on **SEPTEMBER 28, 2011** at **1:45 P.M.** to show cause why the case should not be unsealed.

**IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

