**FILED**

OCT 0 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SEALED BY COURT ORDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC,<br><br>Plaintiff(s),<br><br>v.<br><br>MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE,<br><br>Defendant(s). | Case No.: CV 11 4762 WHA<br><br>[PROPOSED] ORDER GRANTING IN PART PLAINTIFF REEVES & ASSOCIATES, PLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING SCHEDULE FOR HEARING ON REQUEST FOR PRELIMINARY INJUNCTION RELIEF |

Plaintiff Reeves & Associates, PLC's ("R&A's") Motion for Temporary Restraining Order came before the Court on September 28, 2011, in Courtroom 8, the Honorable William H. Alsup presiding. Kerry McInerney Freeman and Claudia J. Castillo of Miller Law Group, Professional Corporation, appeared on behalf of Plaintiff Reeves & Associates, PLC. Defendant Matthew D. Muller ("Defendant") appeared *pro se*.

/ / /

/ / /

/ / /

After full consideration of all pleadings and evidence filed by Plaintiff (with Defendant not having filed any pleadings or evidence opposing Plaintiff's Request for Temporary Restraining Order at or before the September 28, 2011 hearing), the arguments of Defendant opposing Plaintiff's Request for Temporary Restraining Order and the arguments of counsel for Plaintiff, and all other matters presented to this Court, and good cause appearing therefore, and satisfactory proof having been made, is it hereby ORDERED:

### TEMPORARY RESTRAINING ORDER

The following Order shall remain in effect until Plaintiff's Motion for Preliminary Injunction relief is heard on October 27, 2011:

1.   Defendant must preserve the integrity (including by not destroying, deleting, removing, altering, modifying, writing over, concealing, or disposing of any of the Data) of all computer hard drives, both internal and external, in his possession, custody or control that contain any R&A Data of any sort, including but not limited to Defendant's (a) Sony Lenovo Thinkpad X220, (b) DataTraveler Locker, (c) 160 GB Solid State SSD Hard Drive, (d) 2 TB USB Hard Drive and (e) any other drive that contains any R&A data. Regarding Defendant's Sony Lenovo Thinkpad X220 laptop, Defendant will remove the hard drive from his computer in order to ensure its preservation. The term "Data" means data/files that Defendant accessed, acquired, modified, copied or transferred from R&A's network or R&A's computers (including from the local drive on desktop computers provided by R&A to Defendant and other R&A employees).

2.   Defendant cannot use any Data he accessed or took from R&A for any reason whatsoever, including for starting his own law practice or for bringing a lawsuit against R&A.

3.  Defendant cannot solicit or represent any R&A clients with the exception of Defendant's current pro-bono representation of prior R&A client Girlie Galang. If any R&A clients contact Defendant, Defendant must refer them back to R&A and cannot represent them.

## PRELIMINARY INJUNCTION HEARING

Plaintiff's Motion for Preliminary Injunction relief is scheduled for October 27, 2011. Defendant must file any Opposition by October 13, 2011. Plaintiff must file any Reply by October 20, 2011. Papers in opposition and in reply shall be served by email or by facsimile, no later than 5 p.m. on the deadline for filing the papers.

Dated: October 7, 2011

Honorable William H. Alsup
United States District Judge

4824-6852-5067, v. 1