

1   Kerry McInerney Freeman (SBN 184764)
     kmf@millerlawgroup.com
2   Claudia J. Castillo (SBN 215603)
     cjc@millerlawgroup.com
3   MILLER LAW GROUP
     A Professional Corporation
4   111 Sutter Street, Suite 700
     San Francisco, CA 94104
5   Tel. (415) 464-4300
     Fax (415) 464-4336
6
     Attorneys for Plaintiff
7   REEVES & ASSOCIATES, PLC

8
     Matthew D. Muller (SBN 275832)
9   543 Everett Court #2
     Palo Alto, CA 94301
10   matthewdmuller@gmail.com
     Defendant, *Pro Se*
11

RECEIVED

2011 OCT 12 P 3: 44

RICHARD W. WIEKING
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

FILED

OCT 14 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SEALED BY COURT ORDER**

12                UNITED STATES DISTRICT COURT
13
              NORTHERN DISTRICT OF CALIFORNIA
14

15   REEVES & ASSOCIATES, PLC,              Case No.: C 11-04762 WHA

16                                          ~~[PROPOSED]~~  STIPULATED  ORDER
              Plaintiff(s),                 GRANTING INJUNCTIVE RELIEF AND
17                                          PROTECTIVE ORDER
     v.
18

19   MATTHEW D. MULLER, AND DOES 1-25,
     INCLUSIVE,
20

21                Defendant(s).

22

23        Plaintiff Reeves & Associates, PLC's ("R&A's") Motion for Temporary

24   Restraining Order came before the Court on September 28, 2011, in Courtroom 8, the

25   Honorable William H. Alsup presiding.  Kerry McInerney Freeman and Claudia J. Castillo of

26   Miller Law Group, Professional Corporation, appeared on behalf of Plaintiff Reeves &

27   Associates, PLC.  Defendant Matthew D. Muller ("Defendant") appeared *pro se*.

28



MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

After full consideration of all pleadings and evidence filed by Plaintiff (with Defendant not having filed any pleadings or evidence opposing Plaintiff's Request for Temporary Restraining Order at or before the September 28, 2011 hearing), the arguments of Defendant opposing Plaintiff's Request for Temporary Restraining Order and the arguments of counsel for Plaintiff, and all other matters presented to this Court, and good cause appearing therefore, and satisfactory proof having been made, the Court issued a verbal Temporary Restraining Order to remain in effect until the October 27, 2011 hearing regarding Plaintiff's motion for continued injunctive relief, which Order was subsequently memorialized in a written Temporary Restraining Order issued by the court on October 7, 2011.

Following the September 28, 2011 hearing, the parties reached the following agreement regarding injunctive relief and a protective order, which agreement obviates the need for (1) the Court to rule on Plaintiff's pending motion, (2) the October 27, 2011 hearing to occur, and (3) the parties to file their opposition and reply pleadings and evidence regarding Plaintiff's pending motion.

## STIPULATED INJUNCTIVE RELIEF

1.     Defendant (which, for purposes of this Stipulated Order, includes Matthew Muller and anyone acting on his behalf or pursuant to his instructions) must not do anything to destroy or otherwise harm the integrity of any computer hard drives, both internal and external, or any other devices or media in his possession, custody or control that contain any "R&A data or files" of any sort, including but not limited to Defendant's (a) 2 terabyte Western Digital "My Book Essential" USB external magnetic hard drive; (2) 16 gigabyte Data Traveler encrypted USB solid state drive; and (3) 160 gigabyte Intel internal solid state drive. Further, Defendant will not destroy, delete, remove, alter, modify, write over, conceal, or dispose of any of the data contained on those drives, devices, or media. For the purposes of

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

2

1  this Stipulated Order, "R&A Data or files" includes data or files that Defendant accessed,
2  acquired, modified, copied or transferred from R&A's network or R&A's computers (including
3  from the local drive on desktop computers provided by R&A to Defendant and other R&A
4  employees).

5

6       2.      By 1:00 p.m. on October 14, 2011, Defendant will deliver the drives
7  identified in Paragraph 1 to Dataway (or, if Dataway is unable, another mutually agreed upon
8  firm specializing in computer security and forensics) ("Computer Security Firm"), which firm
9  will image, preserve, or delete the data in a manner consistent with the Protective Order
10 detailed below.  If Computer Security Firm is not able to take custody of the drives by the
11 aforementioned date, Defendant will deliver the drives as soon thereafter as Computer
12 Security Firm is able to take custody.

13

14      3.      Defendant will not use any R&A data or files he accessed, acquired,
15 modified, copied, transferred or took from R&A for any reason whatsoever, including for
16 starting his own law practice, soliciting or representing clients, or for bringing a lawsuit
17 against R&A, unless expressly permitted to do so by a written Order of the Court.

18

19      4.      Defendant has identified several other drives (i.e., other than those
20 drives identified in Paragraph 1) that contain R&A data or files but that are not presently in
21 his possession ("Other Drives").  With regard to those Other Drives, Defendant not only
22 agrees not to use any R&A data or files on those drives for any reason whatsoever, but also
23 agrees not to attempt to recover data from those drives.

24

25      5.      Nothing in this Stipulated Order prevents Defendant from continuing his
26 pro-bono representation of prior R&A client Girlie Galang.   Moreover, nothing in this
27 Stipulated Order precludes Defendant from representing clients who were at one time
28 represented by R&A provided that (a) Defendant does not use R&A data or files to solicit

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

3

1  those clients, and (b) Defendant does not use R&A Data or files (except for the client files,
2  which will be transferred to Defendant if such transfer is requested in writing by the client) to
3  represent those clients.

4

5  **STIPULATED PROTECTIVE ORDER**

6

7  Upon Defendant's delivery of the aforementioned computer drives containing R&A
8  data to Computer Security Firm, Computer Security Firm is instructed to do the following:

9

10  1.  Maintain the integrity of each drive delivered by Defendant, including by
11  not destroying, deleting, removing, altering, modifying, writing over, concealing, or disposing
12  of any of the data or files contained on those drives.

13

14  2.  Make an image of each such drive so that a copy of each is preserved
15  reflecting the state each drive was in when it was received by Computer Security Firm.

16

17  3.  If the parties request to have a copy of their respective files after the
18  drives are imaged and before they are wiped clean, the sorting and copying of files will be
19  limited to the file types identified in Paragraph 4 below, the Copy File Types.  Computer
20  Security Firm will perform the separation and copying of files, in the manner it determines to
21  be most efficient, within these general guidelines:

22  a.  Computer Security Firm will print out a "map" of the drive
23  contents, listing all of the filenames (with extensions), reflecting the folders within which the
24  files reside, and provide a copy of that map/list to both parties.

25  b.  R&A's IT Specialist Shadouh Lopez will review the list for the Firm
26  and identify for Computer Security Firm what she believes are Firm files.

27  c.  Defendant will review the list and identify for Computer Security
28  Firm what he believes are his files.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

1    d.    For files claimed by both parties (if any), Computer Security Firm
2    will review them and determine who the files belong to after conferring with the parties.

3    e.    Each party's files will be copied onto a separate drive provided by
4    that party, with Defendant's files going to Defendant, and the Firm's files going to the Firm,
5    with neither party able to view the other's drives/files without a Court Order/agreement of the
6    parties.

7    f.    Those files for which Computer Security Firm is unable to
8    determine the source party will not be provided to either party; instead, they will be copied
9    onto a drive and maintained separately by Computer Security Firm.

10    g.    Each party who asks the Computer Security Firm to provide a
11    copy of that party's files from Defendant's drives will bear the costs associated with obtaining
12    a copy of that party's files from Defendant's drives.

13

14    4.    If the parties request to have a copy of their respective files as set forth
15    in Paragraph 3 above either (a) after the drives are imaged and before they are wiped clean
16    or (b) after the drives are imaged and from the images maintained by Computer Security
17    Firm, the parties agree that the sorting and copying process will be limited to the below file
18    types ("Copy File Types"):

19
20    • .doc (Word document)
21    • .wpd (Word Perfect document)
22    • .rtf (rich text format document)
23    • .xml (extensible markup language document)
24    • .xls (Excel document)
25    • .ppt (PowerPoint document)
26    • .jpg (image)
27    • .jpeg (image)
28    • .gif (image)

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

5
**[PROPOSED] STIPULATED ORDER GRANTING INJUNCTIVE RELIEF AND PROTECTIVE ORDER**
**Case No.: CV 11 4762 WHA**

1    • .giff (image)

2    • .raw (image)

3    • .tiff (image)

4    • .png (image)

5    • .psd (Photoshop document)

6    • .mp3 (audio)

7    • .mp4 (audio/video)

8    • .mpg (audio/video)

9    • .mpeg (audio/video)

10   • .avi (audio/video)

11   • .mov (audio/video)

12   • .ost (Outlook document)

13   • .pst (Outlook document)

14   • .pdf (portable document format, e.g. Acrobat document)

15   • .mdb (microsoft access database)

16   • .exe (executable file)

17   • .txt (notepad)

18

19   The parties further agree that after the Copy File Types are sorted and copied from the

20   drive(s) by their respective owners, and if the sorting and copying takes place prior to wiping

21   the drives clean, all remaining files will be wiped from the drive(s) (but will still exist in the

     imaged copies maintained by the Computer Security Firm).

22

23

24        5.    Fully delete all of the data on Defendant's drives and return the drives to

     Defendant.

25

26

27        6.    Not allow Defendant or R&A to access or obtain any data or files

28   contained by or derived from the image it has created of each drive, except by written

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

1  agreement of the parties or by written Court Order allowing either or both parties to access
2  such data.

3

4            7.      Store and maintain the drive images (as well as those files for which
5  Computer Security Firm was unable to determine the source party) for five years from the
6  date of this Order. Upon expiration of this period, Computer Security Firm shall fully delete
7  the drive images and any data derived from those images.

8

9            8.      Aside from the costs for copying files as referenced in Paragraph 3(g),
10  the parties will equally share the cost of the other services provided by Computer Security
11  Firm (e,g., the costs of imaging Defendant's drives, maintaining those images, and eventually
12  deleting those images).

13

14  **IT IS SO STIPULATED.**

15

16  Dated: October 12, 2011                    MILLER LAW GROUP
                                               A Professional Corporation

17

18                                             By: _____
19                                                 Kerry McInerney Freeman
                                                   Claudia J. Castillo
20                                                 Attorneys for Plaintiff
                                                   REEVES & ASSOCIATES, PLC
21

22

23  Dated: October 12, 2011

24

25
                                               By: _____
26                                                 Matthew D. Muller
                                                   Defendant, *Pro Se*
27

28

                                               7

1 agreement of the parties or by written Court Order allowing either or both parties to access
2 such data.

3

4       7.     Store and maintain the drive images (as well as those files for which
5 Computer Security Firm was unable to determine the source party) for five years from the
6 date of this Order.  Upon expiration of this period, Computer Security Firm shall fully delete
7 the drive images and any data derived from those images.

8

9       8.     Aside from the costs for copying files as referenced in Paragraph 3(g),
10 the parties will equally share the cost of the other services provided by Computer Security
11 Firm (e,g., the costs of imaging Defendant's drives, maintaining those images, and eventually
12 deleting those images).

13

14    **IT IS SO STIPULATED.**

15

16 Dated:  October 12, 2011                    MILLER LAW GROUP
                                              A Professional Corporation

17

18                                           By: _____
19                                                Kerry McInerney Freeman
                                                 Claudia J. Castillo
20                                               Attorneys for Plaintiff
                                                 REEVES & ASSOCIATES, PLC
21

22

23 Dated:  October 12, 2011

24

25                                           By: _____
26                                                Matthew D. Muller
                                                 Defendant, *Pro Se*
27

28

                                              7

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

1

## ORDER

2

3       Having reviewed the Stipulated Injunctive Relief and Protective Order executed

4   by Plaintiff REEVES & ASSOCIATES, PLC and Defendant MATTHEW D. MULLER, and good

5   cause appearing, the Court hereby orders that the terms of the Stipulated Injunctive Relief

6   and Protective Order shall become the Order of this Court.

7

8

9       **IT IS SO ORDERED.**

10

11

12

13

Dated: October 14, 2011

14
                                        Honorable William H. Alsup
15                                      United States District Judge

16

17

18

19
4814-6560-0524
20

21

22

23

24

25

26

27

28

8
**[PROPOSED] STIPULATED ORDER GRANTING INJUNCTIVE RELIEF AND PROTECTIVE ORDER**
**Case No.: CV 11 4762 WHA**

**CERTIFICATE OF SERVICE**

I, Natalie Young, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 111 Sutter Street, Suite 700, San Francisco, CA 94104; I am over the age of eighteen (18) years and am not a party to this action.  On the below date, by the method noted below, I served the following document(s):

**[PROPOSED] STIPULATED ORDER GRANTING INJUNCTIVE RELIEF AND PROTECTIVE ORDER**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Matthew D. Muller                                    Attorney for Defendant: *Pro Se*
543 Everett Court #2
Palo Alto, CA 94301

☒   **BY MAIL:**  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 111 Sutter Street, San Francisco, California. I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒   **BY ELECTRONIC MAIL:**  By sending a portable document format (pdf) copy of the documents to email address: matthewdmuller@gmail.com

☒   [Federal]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 12, 2011 at San Francisco, California.

*Natalie Young*
Natalie Young

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA