Kerry McInerney Freeman (SBN 184764)
  kmf@millerlawgroup.com
Claudia J. Castillo (SBN 215603)
  cjc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiff
REEVES & ASSOCIATES, PLC

**FILED**

OCT 21 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC,<br><br>Plaintiff(s),<br><br>v.<br><br>MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE,<br><br>Defendant(s). | Case No.: CV 11-4762 WHA<br><br>**DECLARATION OF KERRY McINERNEY FREEMAN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO LIFT THE COURT'S SEPTEMBER 23, 2011 TEMPORARY SEALING ORDER**<br><br>Complaint filed: September 23, 2011 |

I, Kerry McInerney Freeman, declare:

1.  I am an attorney licensed to practice before the Courts of the State of California and before this Court. I am a shareholder in the law firm of Miller Law Group, Professional Corporation, and am one of the attorneys for Plaintiff REEVES & ASSOCIATES, PLC ("R&A") in the above-captioned matter.

1

2. I have personal knowledge of the matters set forth herein. If called as a witness I could competently testify thereto.

3. On October 20, 2011, I emailed the Defendant in this matter, Matthew D. Muller, to enclose a copy of the draft administrative motion to lift the seal, and to ask if Mr. Muller would agree to join Plaintiff in requesting that the temporary seal that was ordered at Plaintiff's request on September 23, 2011, be lifted. Mr. Muller promptly responded "I would respectfully oppose the administrative motion to lift the seal," though he did not state his reasoning.

4. While I understand that Mr. Muller may prefer not to have Plaintiff's filings become a matter of public record, I am aware of no **legal justification** for keeping the pleadings sealed. Indeed, the seal was ordered at **Plaintiff's** request, and Plaintiff merely requested that its pleadings be sealed **temporarily** until Plaintiff was served (which service occurred September 24, 2011) or September 30 at the latest, in order to preserve evidence. Plaintiff requests that the seal be lifted because

- the justification for issuing the order in the first instance no longer exists,
- the conditions upon which the sealing order was to expire have occurred, and
- Plaintiff, the party that requested the temporary sealing order, wishes for it to be lifted.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on this 21st day of October 2011 in San Francisco, California.

Kerry McInerney Freeman