1  Kerry McInerney Freeman (SBN 184764)
     kmf@millerlawgroup.com
2  Claudia J. Castillo (SBN 215603)
     cjc@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336

Attorneys for Plaintiff
REEVES & ASSOCIATES, PLC

Matthew D. Muller (SBN 275832)
543 Everett Court #2
Palo Alto, CA 94301
  matthewdmuller@gmail.com
Defendant, *Pro Se*

**FILED**

OCT 2 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC,<br><br>Plaintiff(s),<br><br>v.<br><br>MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE,<br><br>Defendant(s). | Case No.: CV 11-4762 WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: September 23, 2011 |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No.: CV 11-4762 WHA

IT IS HEREBY STIPULATED by and between the parties to this action, either on their own behalf or through their undersigned counsel of record, that the above-captioned action be dismissed in its entirety, with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii), all parties to bear their own attorneys' fees and costs.

Dated: October 24, 2011

MILLER LAW GROUP
A Professional Corporation

By: _____
Kerry McInerney Freeman
Attorneys for Plaintiff
REEVES & ASSOCIATES, PLC

Dated: October ____, 2011

By: _____
Matthew D. Muller
Defendant, *Pro Se*

4846-4209-6139, v. 1

---

1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No.: CV 11-4762 WHA

|   |   |   |
|---|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties to this action, either | |
| 2 | on their own behalf or through their undersigned counsel of record, that the above- | |
| 3 | captioned action be dismissed in its entirety, with prejudice, pursuant to F.R.C.P. | |
| 4 | 41(a)(1)(ii), all parties to bear their own attorneys' fees and costs. | |

Dated: October ____, 2011

MILLER LAW GROUP
A Professional Corporation

By: _____
Kerry McInerney Freeman
Attorneys for Plaintiff
REEVES & ASSOCIATES, PLC

Dated: October 12, 2011

By: _____
Matthew D. Muller
Defendant, *Pro Se*

4846-4209-6139, v. 1

---
1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No.: CV 11-4762 WHA

# CERTIFICATE OF SERVICE

I, Natalie Young, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 111 Sutter Street, Suite 700, San Francisco, CA 94104; I am over the age of eighteen (18) years and am not a party to this action. On the below date, by the method noted below, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Matthew Muller  Attorney for Defendant: *Pro Se*
555 Bryant Street #121
Palo Alto, CA 94301

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 111 Sutter Street, San Francisco, California. I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ **BY ELECTRONIC MAIL:** By sending a portable document format (pdf) copy of the documents to email address: matthewdmuller@gmail.com

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 24, 2011 at San Francisco, California.

*Natalie Young*
Natalie Young

4833-8547-8156, v. 1