| | |
|---|---|
| 1 | Kerry McInerney Freeman (SBN 184764) |
| | kmf@millerlawgroup.com |
| 2 | Claudia J. Castillo (SBN 215603) |
| | cjc@millerlawgroup.com |
| 3 | MILLER LAW GROUP |
| | A Professional Corporation |
| 4 | 111 Sutter Street, Suite 700 |
| | San Francisco, CA 94104 |
| 5 | Tel. (415) 464-4300 |
| | Fax (415) 464-4336 |

**FILED**

**OCT 2 6 2011**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
REEVES & ASSOCIATES, PLC

Matthew D. Muller (SBN 275832)
543 Everett Court #2
Palo Alto, CA 94301
  matthewdmuller@gmail.com
Defendant, *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC, | Case No.: CV 11-4762 WHA |
| Plaintiff(s), | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO LIFT THE SEALING ORDER |
| v. | |
| MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE, | Complaint filed: September 23, 2011 |
| Defendant(s). | |



---

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO LIFT THE SEALING ORDER
Case No.: CV 11-4762 WHA

On September 23, 2011, Plaintiff filed various pleadings related to confidential and proprietary R&A data that Defendant was alleged to have taken from R&A in the final days of Plaintiff's employment with R&A.  Among those pleadings was a proposed order to **temporarily** seal **certain pleadings filed by Plaintiff** until (a) Defendant was served with the pleadings, or (b) September 30 -- whichever came first.  As indicated in Plaintiff's *Ex Parte* Administrative Motion to File Under Seal Certain Documents, the purpose of the proposed **temporary** sealing order was to minimize the risk that Defendant would destroy evidence after learning Plaintiff was pursuing injunctive relief, and before the hearing on Plaintiff's application for injunctive relief.

By the terms of the September 23, 2011, temporary sealing order signed by the Honorable Jeffrey S. White, the temporary seal on the pleadings filed by Plaintiff was to be lifted when Plaintiff served Defendant Matthew D. Muller with various pleadings regarding this matter, and no later than September 30.

Northern District Local Rule 79-5 deems that "[a] sealing order may issue **only upon** a request that establishes that the document, or portions thereof is privileged or protectable as a trade secret or otherwise entitled to protection under the law." N.D. Cal. 79-5(a).  Here there is no such justification for the sealing order to remain in effect.  Indeed:

- the justification for issuing the order in the first instance no longer exists,
- the conditions upon which the sealing order was to expire have occurred, and
- the party that requested the temporary sealing order wishes for it to be lifted.

Upon consideration of Plaintiff Reeves & Associates ("R&A") Administrative Motion to Lift Sealing Order, and good cause appearing, the Court hereby orders that the

1  temporary sealing order issued at Plaintiff's request on September 23, 2011 be lifted, and this
2  matter is now unsealed.
3
4  **IT IS SO ORDERED.**
5
6  Dated: October 26, 2011
7                                                                    _____
                                                                      Honorable William H. Alsup
8                                                                    United States District Judge
9
10
11
12
13  4839-1721-1660, v. 1
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
2
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO LIFT SEALING ORDER
Case No.: CV 11-4762 WHA