Kerry McInerney Freeman (SBN 184764)
kmf@millerlawgroup.com
Claudia J. Castillo (SBN 215603)
cjc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiff
REEVES & ASSOCIATES, PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC, <br><br> Plaintiff(s), <br><br> v. <br><br> MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE, <br><br> Defendant(s). | Case No.: CV 11-4762 WHA <br><br> DECLARATION OF CLAUDIA J. CASTILLO IN SUPPORT OF PLAINTIFF REEVES & ASSOCIATE'S REQUEST FOR AN ORDER FINDING DEFENDANT MATTHEW MULLER IN CONTEMPT OF THE COURT'S OCTOBER 14, 2011 ORDER <br><br> Complaint filed: September 23, 2011 |

I, Claudia J. Castillo, declare:

1. I am an attorney licensed to practice before the Courts of the State of California and before this Court. I am an attorney with the law firm of Miller Law Group, Professional Corporation, and am one of the attorneys for Plaintiff REEVES & ASSOCIATES, PLC ("R&A" or "Plaintiff") in the above-captioned matter.

2. On November 20, 2012, Plaintiff filed (1) Plaintiff Reeves & Associates, Plc's Application For An Order To Show Cause Why Defendant Should Not Be Held In Contempt Of The Court's October 14, 2011 Stipulated Order Granting Injunctive Relief And Protective Order Pursuant To 18 U.S.C. § 401, 402, (2) Declaration Of Kerry McInerney Freeman Setting Forth Facts Constituting Contempt Of The Court's October 14, 2011 Stipulated Order Granting Injunctive Relief And Protective Order In Support Of Plaintiff's Application For An Order To Show Cause Re Contempt, and (3) [Proposed] Order To Show Cause Re Contempt. Also on November 20, 2012, our office caused a copy of the documents to be served on Defendant Matthew D. Muller ("Defendant"). A true and correct copy of the Certificate of Service for these documents is attached hereto as Exhibit A.

3. On December 3, 2012, Judge William Alsup ordered that Defendant had until noon on December 14, 2012, to file an opposition to Plaintiff's Application. That same day, our office served Judge Alsup's order on Defendant. A true and correct copy of the Certificate of Service for Judge Alsup's December 3, 2012 Order is attached hereto as Exhibit B.

4. Defendant did not file an opposition to Plaintiff's Application. Castillo Dec. ¶4. Attached as Exhibit C is a true and correct copy of the Court's Docket.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on this 21st day of December 2012 in San Francisco, California.

/s/
Claudia J. Castillo

4846-0007-8354, v. 1

2

DECLARATION OF CLAUDIA J. CASTILLO IN SUPPORT OF PLAINTIFF REEVES & ASSOCIATE'S REQUEST FOR AN ORDER FINDING DEFENDANT MATTHEW MULLER IN CONTEMPT - Case No.: CV 11-4762 WHA

EXHIBIT A

1 Kerry McInerney Freeman (SBN 184764)
   kmf@millerlawgroup.com
2 Claudia J. Castillo (SBN 215603)
   cjc@millerlawgroup.com
3 MILLER LAW GROUP
  A Professional Corporation
4 111 Sutter Street, Suite 700
  San Francisco, CA 94104
5 Tel. (415) 464-4300
  Fax (415) 464-4336
6
  Attorneys for Plaintiff
7 REEVES & ASSOCIATES, PLC

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REEVES & ASSOCIATES, PLC, | Case No.: CV 11-4762 WHA |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE, | Complaint filed: September 23, 2011 |
| Defendant. | |

# CERTIFICATE OF SERVICE

I, Cheryl Bower, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 111 Sutter Street, Suite 700, San Francisco, CA 94104; I am over the age of eighteen (18) years and am not a party to this action. On the below date, by the method noted below, I served the following document(s):

**PLAINTIFF REEVES & ASSOCIATES, PLC'S APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S OCTOBER 14, 2011 STIPULATED ORDER GRANTING INJUNCTIVE RELIEF AND PROTECTIVE ORDER PURSUANT TO 18 U.S.C. § 401, 402;**

**DECLARATION OF KERRY MCINERNEY FREEMAN SETTING FORTH FACTS CONSTITUTING CONTEMPT OF THE COURT'S OCTOBER 14, 2011 STIPULATED ORDER GRANTING INJUNCTIVE RELIEF AND PROTECTIVE ORDER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE RE CONTEMPT; and**

**[PROPOSED] ORDER TO SHOW CAUSE RE CONTEMPT**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Matthew D. Muller                                    Attorney for Defendant: *Pro Se*
543 Everett Ct., Apt. 2
Palo Alto, CA 94301

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 111 Sutter Street, San Francisco, California. I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 20, 2012 at San Francisco, California.

/s/ Cheryl Bower
Cheryl Bower

4833-8547-8156, v. 1

---
CERTIFICATE OF SERVICE
Case No. C 11-04762 WHA

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REEVES & ASSOCIATES, PLC,

Plaintiff,

v.

MATTHEW D. MULLER, AND
DOES 1–25, Inclusive,

Defendants.

No. C 11-04762 WHA

ORDER REGARDING
EX PARTE APPLICATION

Plaintiff Reeves & Associates, PLC, filed an ex parte motion requesting an order requiring defendant Matthew Muller to show cause for why he should not be held in contempt for violating a stipulated protective order.

This action was initially filed on September 2011. It arises from defendant's alleged misappropriation of confidential and proprietary data during his final days of employment at Reeves. On October 2011, the parties filed a stipulation for an order for injunctive relief and a protective order. Less than two weeks after the stipulation was entered by the Court (Dkt. No. 24), the parties stipulated to a voluntary dismissal with prejudice (Dkt. No. 29).

The stipulated order prevents defendant from using, altering or destroying data and requires defendant to deliver certain hard-drives to a computer security firm. The computer security firm was to print out a map of the drive contents to identify any and all of plaintiff's files on the drives. The parties were to share the costs related to this endeavor.

Plaintiff now contends, nearly a year after the action was dismissed, that defendant is in violation of the injunctive relief and protective order by refusing to cooperate in carrying out the mapping of the drives. Plaintiff proceeds ex parte to enforce the terms of the stipulated order.

There is not good cause to bring this request ex parte. Plaintiff shall serve this order and motion on defendant who will have until NOON on DECEMBER 14 to file an opposition. Plaintiff's reply will be due at NOON on DECEMBER 21.

**IT IS SO ORDERED.**

Dated: December 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Natalie Young, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 111 Sutter Street, Suite 700, San Francisco, CA 94104; I am over the age of eighteen (18) years and am not a party to this action. On the below date, by the method noted below, I served the following document(s):

**ORDER REGARDING EX PARTE APPLICATION**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Matthew D. Muller<br>543 Everett Ct., Apt. 2<br>Palo Alto, CA 94301 | Attorney for Defendant: *Pro Se* |

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 111 Sutter Street, San Francisco, California. I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ **BY ELECTRONIC MAIL:** By sending a portable document format (pdf) copy of the documents to email address: matthewdmuller@gmail.com

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2012 at San Francisco, California.

*Natalie Young*
Natalie Young

4833-8547-8156, v. 1

---

CERTIFICATE OF SERVICE
Case No. C 11-04762 WHA

ADRMOP,CLOSED,ProSe

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:11-cv-04762-WHA

| | |
|---|---|
| Reeves & Associates, PLC v. Muller | Date Filed: 09/23/2011 |
| Assigned to: Hon. William Alsup | Date Terminated: 10/31/2011 |
| Cause: 28:1391 Personal Injury | Jury Demand: Plaintiff |
| | Nature of Suit: 450 Commerce ICC Rates, Etc. |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Reeves & Associates, PLC**   represented by   **Kerry McInerney Freeman**
Miller Law Group
111 Sutter Street
Suite 700
San Francisco, CA 94104
415-464-4300
Fax: 415-464-4336
Email: kmf@millerlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claudia J. Castillo**
Miller Law Group
111 Sutter Street
Suite 700
San Francisco, CA 94104
415-464-4300
Fax: 415-464-4336
Email: cjc@millerlawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Matthew D. Muller**   represented by   **Matthew D. Muller**
543 Everett Ct.
Apt. 2
Palo Alto, CA 94301
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2012 | 35 | ORDER REGARDING EX PARTE APPLICATION [re 34 Ex Parte |

| | | |
|---|---|---|
| | | Application *For An Order To Show Case Why Defendant Should Not Be Held In Contempt Of The Court's October 14, 2011 Stipulated Order Granting Injuctive Relief and Protective Order* filed by Reeves & Associates, PLC]. Signed by Judge William Alsup on 12/3/2012. (whasec, COURT STAFF) (Filed on 12/3/2012) (Additional attachment(s) added on 12/7/2012: # 1 Certificate/Proof of Service) (dtS, COURT STAFF). (Entered: 12/03/2012) |
| 11/20/2012 | 34 | Ex Parte Application *For An Order To Show Case Why Defendant Should Not Be Held In Contempt Of The Court's October 14, 2011 Stipulated Order Granting Injuctive Relief and Protective Order* filed by Reeves & Associates, PLC. (Freeman, Kerry) (Filed on 11/20/2012) (Entered: 11/20/2012) |
| 11/20/2012 | 33 | *[Proposed] Order to Show Cause re Contempt* by Reeves & Associates, PLC. (Freeman, Kerry) (Filed on 11/20/2012) Modified on 11/20/2012 (dtmS, COURT STAFF). (Entered: 11/20/2012) |
| 11/20/2012 | 32 | *Declaration of Kerry McInerney Freeman Setting Forth Facts Constituting Contempt* by Reeves & Associates, PLC. (Freeman, Kerry) (Filed on 11/20/2012) Modified on 11/20/2012 (dtmS, COURT STAFF). (Entered: 11/20/2012) |
| 11/20/2012 | 31 | **Posted in Error**<br>Proposed Order *Plaintiff's Application for Order to Show Cause Why Defendant Should Not Be Held In Contempt of the Court's October 14, 2011 Stipulated Order Granting Injuctive Relief and Protective Order* by Reeves & Associates, PLC. (Freeman, Kerry) (Filed on 11/20/2012) Modified on 11/20/2012 (dtmS, COURT STAFF). (Entered: 11/20/2012) |
| 10/26/2011 | 30 | ORDER GRANTING PLAINTIFF'S MOTION TO LIFT THE SEALING ORDER, by Judge William Alsup, granting 25 Motion Lift Sealing Order. (wsnS, COURT STAFF) (Filed on 10/26/2011) (Additional attachment(s) added on 10/26/2011: # 1 Certificate of Service) (wsn, COURT STAFF). (Entered: 10/26/2011) |
| 10/24/2011 | 29 | NOTICE of Voluntary Dismissal with Prejudice, by Matthew D. Muller, Reeves & Associates, PLC. (wsnS, COURT STAFF) (Filed on 10/24/2011) (wsn, COURT STAFF). (Entered: 10/25/2011) |
| 10/21/2011 | 28 | CERTIFICATE OF SERVICE by Reeves & Associates, PLC re 25 ADMINISTRATIVE MOTION to Lift the Court's September 23, 2011 Temporary Sealing Order, 27 Proposed Order, 26 Declaration in Support. (wsnS, COURT STAFF) (Filed on 10/21/2011) (wsn, COURT STAFF). (Entered: 10/21/2011) |
| 10/21/2011 | 27 | Proposed Order re 25 ADMINISTRATIVE MOTION to Lift the Court's September 23, 2011 Temporary Sealing Order, by Reeves & Associates, PLC. (wsnS, COURT STAFF) (Filed on 10/21/2011) (wsn, COURT STAFF). (Entered: 10/21/2011) |
| 10/21/2011 | 26 | Declaration of Kerry McInerney in Support of 25 ADMINISTRATIVE MOTION to Lift the Court's September 23, 2011 Temporary Sealing Order, filed byReeves & Associates, PLC. (Related document(s) 25 ) (wsnS, COURT STAFF) (Filed on 10/21/2011) (wsn, COURT STAFF). (Entered: 10/21/2011) |

| | | |
|---|---|---|
| 10/21/2011 | 25 | ADMINISTRATIVE MOTION to Lift the Court's September 23, 2011 Temporary Sealing Order re 4 Order on Motion to Seal Case filed by Reeves & Associates, PLC. (wsnS, COURT STAFF) (Filed on 10/21/2011) (Additional attachment(s) added on 10/27/2011: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (wsn, COURT STAFF). (Entered: 10/21/2011) |
| 10/14/2011 | 24 | STIPULATION AND ORDER GRANTING INJUNCTIVE RELIEF AND PROTECTIVE ORDER. Signed by Judge William Alsup on 10/14/11. (wsnS, COURT STAFF) (Filed on 10/14/2011) (Additional attachment(s) added on 10/27/2011: # 1 Certificate of Service) (wsn, COURT STAFF). (Entered: 10/14/2011) |
| 10/12/2011 | 23 | Proposed Order; Stipulated Order Granted Injunctive Relief and Protective Order, by Matthew D. Muller, Reeves & Associates, PLC. (wsnS, COURT STAFF) (Filed on 10/12/2011) (wsn, COURT STAFF). (Entered: 10/13/2011) |
| 10/07/2011 | 22 | ORDER GRANTING IN PART PLAINTIFF REEVES & ASSOCIATES, PLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING SCHEDULE FOR HEARING ON REQUEST FOR PRELIMINARY INJUNCTION RELIEF, by Judge William Alsup re 7 Motion for TRO. (wsnS, COURT STAFF) (Filed on 10/7/2011) (Additional attachment(s) added on 10/27/2011: # 1 Certificate of Service) (wsn, COURT STAFF). (Entered: 10/07/2011) |
| 09/28/2011 | 21 | Minute Entry: Motion Hearing held on 9/28/2011 before William Alsup (Date Filed: 9/28/2011) re 7 MOTION for Temporary Restraining Order filed by Reeves & Associates, PLC, 2 MOTION to Seal Case filed by Reeves & Associates, PLC. Motion Hearing set for 10/27/2011 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (Court Reporter Connie Kuhl.) (wsnS, COURT STAFF) (Date Filed: 9/28/2011) (wsn, COURT STAFF). (Entered: 10/05/2011) |
| 09/27/2011 | 20 | CERTIFICATE OF SERVICE by Reeves & Associates, PLC re 13 Declaration of Shadouh Lopez, 17 ORDER Setting Hearing on Motion, 8 Proposed Order, 3 Declaration of Kerry McInerney Freeman, 9 MEMORANDUM of Points and Authorities in Support, 7 MOTION for Temporary Restraining Order, 5 ADR Scheduling Order, 14 Certificate of Interested Entities, 10 Declaration of Kerry McInerney in Support, 11 Declaration of Robert L. Reeves in Support, 15 NOTICE; Plaintiff's Disclosure Statement Pursuant, 1 Complaint, 6 SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, 12 Declaration of Nancy E. Miller in Support. (wsnS, COURT STAFF) (Filed on 9/27/2011) (wsn, COURT STAFF). (Entered: 09/27/2011) |
| 09/26/2011 | 19 | CERTIFICATE OF SERVICE re 17 Order Setting Hearing on Motion, 18 Order to Show Cause. (wsnS, COURT STAFF) (Filed on 9/26/2011) (wsn, COURT STAFF). (Entered: 09/26/2011) |
| 09/26/2011 | 18 | ORDER TO SHOW CAUSE Order to Show Cause Hearing set for 9/28/2011 01:45 PM.. Signed by Judge William Alsup on 9/26/2011. (wsnS, COURT STAFF) (Filed on 9/26/2011) (wsn, COURT STAFF). (Entered: 09/26/2011) |
| 09/23/2011 | 17 | ORDER Setting Hearing on Motion 7 MOTION for Temporary Restraining |

|            |    |  |
|------------|----|---|
|            |    | Order : Motion Hearing set for 9/28/2011 01:45 PM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by Noon 9/27/2011. Signed by Judge William Alsup on 9/23/2011. (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 16 | Declination to Proceed Before a U.S. Magistrate Judge, by Reeves & Associates, PLC. (wsnS, COURT STAFF) (Filed on 9/23/2011).(wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 15 | NOTICE; *Plaintiff's Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1*, by Reeves & Associates, PLC (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 14 | Certificate of Interested Entities by Reeves & Associates, PLC. No such interest to report. (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 13 | Declaration of Shadouh Lopez in Support of 7 MOTION for Temporary Restraining Order, filed by Reeves & Associates, PLC. (Related document(s) 7 ) (wsnS, COURT STAFF) (Filed on 9/23/2011) (Additional attachment(s) added on 10/27/2011: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 12 | Declaration of Nancy E. Miller in Support of 7 MOTION for Temporary Restraining Order, filed by Reeves & Associates, PLC. (Related document(s) 7 ) (wsnS, COURT STAFF) (Filed on 9/23/2011) (Additional attachment(s) added on 10/27/2011: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 11 | Declaration of Robert L. Reeves in Support of 7 MOTION for Temporary Restraining Order, filed by Reeves & Associates, PLC. (Related document(s) 7 ) (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 10 | Declaration of Kerry McInerney in Support of 7 MOTION for Temporary Restraining Order, filed by Reeves & Associates, PLC. (Related document(s) 7 ) (wsnS, COURT STAFF) (Filed on 9/23/2011) (Additional attachment(s) added on 10/27/2011: # 1 Exhibit A, # 2 Exhibit B) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 9  | MEMORANDUM of Points and Authorities in Support re 7 MOTION for Temporary Restraining Order, filed by Reeves & Associates, PLC. (Related document(s) 7 ) (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 8  | Proposed Order re 7 MOTION for Temporary Restraining Order, by Reeves & Associates, PLC. (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 7  | MOTION for Temporary Restraining Order, Order for Expedited Discovery, and Order to Show Cause, filed by Reeves & Associates, PLC. (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 6  | SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE |

| | | |
|---|---|---|
| | | MANAGEMENT CONFERENCE re 5 ADR Scheduling Order. Signed by Judge William Alsup on 7/6/2011. (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 5 | ADR SCHEDULING ORDER: Case Management Statement due by 12/29/2011. Case Management Conference set for 1/5/2012 11:00 AM in Courtroom 8, 19th Floor, San Francisco. (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 4 | ORDER by Judge Jeffrey S. White granting 2 Motion to Seal Case. (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 3 | Declaration of Kerry McInerney Freeman in Support of 2 MOTION to Seal Case, filed by Reeves & Associates, PLC. (Related document(s) 2 ) (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 2 | MOTION to Seal Case; *Plaintiff's Ex Parte Administrative Motion to File Under Seal Certain Documents Pursuant to Local Rules 7-10, 7-11 and 79-5*, filed by Reeves & Associates, PLC. (wsnS, COURT STAFF) (Filed on 9/23/2011) (wsn, COURT STAFF). (Entered: 09/23/2011) |
| 09/23/2011 | 1 | COMPLAINT for (1) Violation of the Computer Fraud and Abuse Act; (2) Violation of the Stored Communications Act; (3) Trade Secret Misappropriation; (4) Breach of Contract; (5) Interference with Prospective Economic Relations; (6) Conversion; (7) Penal Code Section 502, against Matthew D. Muller ( Filing fee $ 350, receipt number 34611065025, no process). Filed by Reeves & Associates, PLC. (wsnS, COURT STAFF) (Filed on 9/23/2011) (Additional attachment(s) added on 10/27/2011: # 1 Civil Cover Sheet) (wsn, COURT STAFF). (Entered: 09/23/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/21/2012 11:34:20 | | | |
| PACER Login: | mg1043 | Client Code: | REEVES/MULLER |
| Description: | Docket Report | Search Criteria: | 3:11-cv-04762-WHA |
| Billable Pages: | 4 | Cost: | 0.40 |

EXHIBIT C