Kerry McInerney Freeman (SBN 184764)
 kmf@millerlawgroup.com
Claudia J. Castillo (SBN 215603)
 cjc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiff
REEVES & ASSOCIATES, PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE,<br><br>　　　　　Defendant(s). | Case No.: CV 11-4762 WHA<br><br>**PLAINTIFF REEVES & ASSOCIATES, PLC'S REPLY IN SUPPORT OF ITS APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTENT OF THE COURT'S OCTOBER 14, 2011 STIPULATED ORDER GRANTING INJUNCTIVE RELIEF AND PROTECTIVE ORDER PURSUANT TO 18 U.S.C. § 401, 402**<br><br>Complaint filed: September 23, 2011 |

　　　　　Plaintiff Reeves & Associates, PLC ("R&A") filed its Application For An Order To Show Cause Why Defendant Should Not Be Held In Contempt Of The Court's October 14, 2011 Stipulated Order Granting Injunctive Relief And Protective Order Pursuant To 18 U.S.C. § 401, 402 **(**"Application") on November 20, 2012, along with the supporting declaration of R&A's counsel, Kerry McInerney Freeman, and a [Proposed] Order.  Also on November 20, 2012, R&A caused a copy of its documents to be served on Defendant

Matthew D. Muller ("Defendant"). See Declaration of Claudia J. Castillo in Support of Plaintiff's Request For An Order To Enforce The Court's October 14, 2011 Stipulated Order Granting Injunctive Relief And Protective Order In Lieu Of Defendant's Non-Opposition ("Castillo Dec.") ¶ 2 and Exh. A thereto.

On December 3, 2012, Judge William Alsup ordered that Defendant had until noon on December 14, 2012, to file an opposition to Plaintiff's Application. That same day, Plaintiff's counsel of record served Judge Alsup's order on Defendant. Castillo Dec. ¶3, Exh. B. Defendant did not file an opposition to Plaintiff's Application. Castillo Dec. ¶4.

Plaintiff respectfully requests that the Court issue an order that:

1. Defendant is in contempt for his failure to obey the Court's "Stipulated Order Granting Injunctive Relief and Protective Order" issued on October 14, 2011 (the "October 14, 2011 Order");

2. Plaintiff may proceed with the "mapping" and other procedures identified in the October 14, 2011 Order at Plaintiff's convenience;

3. Precision Discovery will perform the services that were to be performed by Dataway or "another mutually agreed upon firm" pursuant to the October 14, 2011 Order; and

4. Defendant shall pay Plaintiff's reasonable attorney's fees incurred in bringing this Application in the amount of $975.

/ / /
/ / /
/ / /

Dated: December 21, 2012

MILLER LAW GROUP
A Professional Corporation

By: _____/s/_____
Kerry McInerney Freeman
Attorneys for Plaintiff
REEVES & ASSOCIATES, PLC

4816-7317-4290, v. 1

3

**PLAINTIFF REEVES & ASSOCIATES, PLC'S REPLY IN SUPPORT OF ITS APPLICATION FOR AN ORDER TO SHOW CAUSE - Case No.: CV 11-4762 WHA**