Kerry McInerney Freeman (SBN 184764)
kmf@millerlawgroup.com
Claudia J. Castillo (SBN 215603)
cjc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiff
REEVES & ASSOCIATES, PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC,<br><br>        Plaintiff(s),<br><br>v.<br><br>MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE,<br><br>        Defendant(s). | Case No.: CV 11-4762 WHA<br><br>**DECLARATION OF NANCY E. MILLER IN SUPPORT OF PLAINTIFF REEVES & ASSOCIATE'S REQUEST FOR AN ORDER FINDING DEFENDANT MATTHEW MULLER IN CONTEMPT OF THE COURT'S OCTOBER 14, 2011 ORDER**<br><br>Complaint filed: September 23, 2011 |

I, Nancy E. Miller, declare:

1.    I am the managing partner at the law firm of Reeves & Associates, a Professional Law Corporation ("R&A" or "the Firm"). I joined the firm in 1989.

2. I have personal knowledge of the matters set forth herein. If called as a witness I could competently testify thereto.

3. On September 14, 2011, I learned from Shadouh Lopez, an R&A employee responsible for reviewing computer usage data, that Mathew Muller, who was assigned to the San Francisco office of the Firm, had been systematically accessing proprietary information, trade secrets and other private and confidential information from several firm computers located in the San Francisco, Pasadena and Las Vegas offices and transferring that information onto external, non-firm hard-drives.

4. In order to protect our property and our interests, we retained the services of the Miller Law Group, who obtained injunctive relief and a protective order. We incurred $65,000 in attorney's fees.

5. In order to recover those fees, we filed a claim with our insurance carrier under our office policy. State Farm required us to file a police report, which we did.

6. Thereafter, we were contacted by the San Francisco District Attorney's Office. They had opened an investigation into Mr. Muller's actions. They said that they wanted the hard drives as evidence. We assumed they were going to seize the drives. We decided not to begin the mapping process until the DA's Office had completed their work with the hard drives.

7. Several months later, when the District Attorney informed us that they were not going to take possession of the hard drives, we immediately instructed Dataway to begin the mapping process. Dataway informed us that they did not wish to conduct any work with them.

**DECLARATION OF NANCY E. MILLER IN SUPPORT OF PLAINTIFF REEVES & ASSOCIATE'S REQUEST FOR AN ORDER FINDING DEFENDANT MATTHEW MULLER IN CONTEMPT - Case No.: CV 11-4762 WHA**

8. We asked Mr. Muller to provide consent pursuant to the agreement to allow another computer security firm to perform the mapping process and other actions as specified in the Court's Order. He refused to give consent.

9. We want what we believe the Court's Order entitles us to – a complete picture of all the files Mr. Muller copied onto external hard drives as he was preparing to leave our Firm. Right now we have an incomplete picture via (1) the screenshots that themselves capture a large volume of confidential and proprietary Firm Data being copied onto those external drives, and (2) the use of an eraser program that appears to have allowed Mr. Muller to copy files without leaving a clear trail of what was copied. The only way we can know the full extent of Mr. Muller's actions is to view all the files on those drives per the protocol spelled out in the Court's Order. The Order entitles us to review and evaluate those files, and we respectfully request the Court enforce the Order so that we can have a complete picture of all files Mr. Muller copied onto those drives.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on this 7th day of January 2013 in Pasadena, California.

                                                     /s/
                                             Nancy E. Miller

4839-4996-8146, v. 1

3

**DECLARATION OF NANCY E. MILLER IN SUPPORT OF PLAINTIFF REEVES & ASSOCIATE'S REQUEST FOR AN ORDER FINDING DEFENDANT MATTHEW MULLER IN CONTEMPT - Case No.: CV 11-4762 WHA**