IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW D. MULLER, and DOES 1-25, Inclusive,<br><br>    Defendant.<br>                                           / | No. C 11-04762 WHA<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE HEARING** |

The Court has received defendant Matthew Muller's request for a continuance of the order to show cause hearing, currently scheduled for January 24. While the record defendant has submitted is inadequate to justify a continuance, the hearing is hereby continued to **FEBRUARY 7 AT 8:00 A.M.** If defendant requires more time, he must submit under seal for *in camera* review a detailed physician's declaration, sworn under oath. Plaintiff will have until **JANUARY 28 AT NOON** to file a response to defendant's opposition. If defendant wishes to submit a supplemental response, it is due no later than **FEBRUARY 1 AT NOON**.

To ensure timely responses, each party is requested to serve its filings on the other party via email in addition to first class mail. Plaintiff is requested to serve this order on defendant via email.

**IT IS SO ORDERED.**

Dated: January 18, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE