IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REEVES & ASSOCIATES, PLC,

Plaintiff,

v.

MATTHEW D. MULLER, and DOES 1-25, Inclusive,

Defendant.

No. C 11-04762 WHA

**ORDER SETTING HEARING DATE AND DEADLINES**

As stated at today's hearing, a further hearing is hereby set for **FEBRUARY 14, 2013, AT 11:00 A.M.** Both parties are required to attend. Plaintiff must subpoena Dataway to require someone with knowledge to appear at the hearing and testify as to why Dataway refuses to perform the services specified in the parties' stipulated agreement. Each party must submit all communications it has had with Dataway by **NOON ON FEBRUARY 13, 2013**.

**IT IS SO ORDERED.**

Dated: February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE