IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REEVES & ASSOCIATES,

    Plaintiff,

  v.

MATTHEW D. MULLER, AND DOES 1-25 INCLUSIVE,

    Defendant.

No. C 11-04762 WHA

**ORDER TO SHOW CAUSE**

On March 28, plaintiff filed a motion to enforce court orders and request for reasonable attorney's fees. Defendant's response was due by April 15, as defendant is proceeding pro se and is not an e-filer. Local Rule 7-3(a). That date has come and gone and no response has been received. This order notes that defendant has failed to timely respond to other deadlines in this action. Defendant is hereby **ORDERED TO SHOW CAUSE** why plaintiff's motion should not be granted in full, including an award of attorney's fees and costs. Defendant's response is due by **NOON ON APRIL 24**. Failure to timely respond may result in the motion being granted.

The hearing date of May 2 shall remain on calendar. Counsel for plaintiff and defendant are both required to attend the hearing. Plaintiff shall serve this order on defendant via email forthwith.

**IT IS SO ORDERED.**

Dated: April 17, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE