JAMES M. BRADEN (SBN # 102397)
LAW OFFICES OF JAMES M. BRADEN
44 MONTGOMERY STREET, SUITE 1210
SAN FRANCISCO, CA 94104

TELEPHONE: (415) 398-6865
FACSIMILE: (415) 788-5605
EMAIL: Braden@sf-lawyer.com

Attorney for Defendant Matthew D. Muller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC,<br><br>Plaintiff(s),<br><br>v.<br><br>MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE,<br><br>Defendant(s). | Case No.: C 11-04762 WHA<br><br>**DEFENDANT MATTHEW D. MULLER'S REQUEST, THROUGH NEWLY-RETAINED COUNSEL, FOR CONTINUANCE OF HEARING DATE AND DUE DATE FOR HIS OPPOSITION BRIEF ON PLAINTIFF'S MOTION FOR ENFORCEMENT OF COURT'S ORDERS, CONTAINING STATEMENT OF PLAINTIFF'S NON-OPPOSITION**<br><br>Date: May 2, 2013<br>Time: 8:00 AM<br>Court: Hon. William Alsup |

Defendant Matthew D. Muller ("Muller"), by and through his newly-retained attorney James Braden ("Braden"), hereby requests a continuance of the hearing on the above-titled Motion, and of the due date for submission of his Opposition Brief.

(1) Muller hired Braden one week ago today, i.e. on Wednesday, April 24, 2013, to represent him in regard to the above-titled Motion. Because Muller's Opposition Brief was due that day, Braden provided in his written retainer agreement with Muller that he (Braden) would represent him only if Muller were able to obtain a reasonable extension of the hearing date and the due date for his Opposition Brief. Braden then wrote an email to Kerry McInerney Freeman ("Freeman"),

DEFENDANT'S REQUEST TO
CONTINUE MOTION HEARING

attorney for Plaintiff Reeves & Associates, PLC, inquiring whether she would be willing, based on Braden's becoming the attorney for Muller, thereby ending his lengthy self-representation, to stipulate to such an extension of time, or at least to not oppose it.   Freeman agreed in principle to authorize a statement of her non-opposition, but also some posed some questions about Muller's mental and emotional condition, to which Braden responded based on the limited information he had acquired immediately from Muller.

(2)   After Braden reported to Muller on Freeman's communication, Muller said that he would follow up with Freeman and the Court to seek, and hopefully obtain, the continuance needed for Braden to accept this representation.  Braden understood that Muller would take care of this.

(3)   However, when Braden did not hear from Muller by last Friday, Braden began trying to reach him, sending numerous emails and placing numerous telephone calls.   Only this morning, Wednesday, May 1, 2013, was Braden finally able to re-establish communication with Muller. Braden learned that Muller had been unable, due to his mental and emotional condition, to take any action to obtain time extensions.

(4)   Muller did, however, request that Braden revise his representation condition to proceed to register his (Braden's) official appearance on behalf of Muller without first having the time extensions in place.  Braden agreed to that request.   Muller then authorized and directed Braden to contact Freeman again to ask whether she would stipulate, or at least not oppose, on behalf of Reeves.   Braden and Freeman had a telephone conversation this afternoon and exchanged emails. Freeman stated that she and Reeves would agree not to oppose Muller's request for a 30-day continuance of the hearing.  The question of the extension of Muller's Opposition brief was not specifically addressed by Freeman and Braden, but presumably Freeman would not object to some extension of less than 30 days.

(5)   A 30-days continuance of the hearing would be helpful, and if that is what the Court is willing to give, then Braden will do what is necessary to work with Muller within that time. However, given the information Braden has acquired about the history of this matter, and about Muller's mental and emotional difficulties, Braden believes that a 60-days extension would be appropriate and helpful.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: May 1, 2013 | | LAW OFFICES OF JAMES M. BRADEN |
| | | By:_____/s/_James Braden_____ |
| | | James Braden |
| | | Attorney for Defendant Matthew D. Muller |

## **ORDER**

GOOD CAUSE APPEARING: The foregoing request by Muller for time extensions is hereby approved.

The hearing scheduled in this matter for May 2, 2013, at 8:00 AM, is hereby continued to July___, 2013, at 8:00 AM. Defendant Muller's Opposition Brief shall be filed by not later than June ____, 2013.

Dated May ____, 2013                                    _____

                                                                    HON. WILLIAM ALSUP