JAMES M. BRADEN (SBN # 102397)
LAW OFFICES OF JAMES M. BRADEN
44 MONTGOMERY STREET, SUITE 1210
SAN FRANCISCO, CA 94104

TELEPHONE: (415) 398-6865
FACSIMILE: (415) 788-5605
EMAIL: Braden@sf-lawyer.com

Attorney for Defendant Matthew D. Muller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REEVES & ASSOCIATES, PLC, | Case No.: C 11-04762 WHA |
|---|---|
| Plaintiff(s), | **DEFENDANT MATTHEW D. MULLER'S STATEMENT OF NON-OPPOSITION TO SUBSTANTIVE COMPUTER FORENSICS PORTIONS OF PLAINTIFF REEVES & ASSOCIATES' MOTION TO ENFORCE COURT'S ORDERS, BUT OPPOSITION TO PLAINTIFF'S REQUEST FOR AN AWARD OF ATTORNEY'S FEES ON THAT MOTION** |
| v. | |
| MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE, | |
| Defendant(s). | Date: June 6, 2013<br>Time: 8:00 AM<br>Court: Hon. William Alsup |

Defendant Matthew D. Muller ("Muller") sent, on May 22, 2013, at 10:23 AM, an email to his undersigned counsel James Braden, which in part states: "I don't care anymore. I can't take it. Give them whatever they want."

Braden replied that he reasonably construed this as an instruction to file a Statement of Non-Opposition to the substantive portions of Plaintiff's Motion in regard to implementation of certain computer forensics tasks, but did not construe it, without further affirmation from Muller, of consent to "give them whatever they want" in regard to Plaintiff's request for an award of attorney's fees. Braden

**DEFENDANT'S NON-OPPOSITION TO MOTION
AS TO COMPUTER FORENSICS, BUT OPPOSITION
TO REQUEST FOR AWARD OF ATTORNEY'S FEES**

asked Muller to inform Braden if Braden's interpretation was not correct.  Muller did not send any further interpretation or explanation.

Based upon Muller's communication, Braden has reasonably concluded that he is authorized to file, and hereby does file and present, the instant Statement of Non-Opposition in regard to the substantive computer forensics requests in Plaintiff's Motion, but Opposition to Plaintiff's request for an award of attorney's fees.

Braden has sent an email and left a voicemail with Plaintiff's attorney, Kerry Freeman, seeking to meet-and-confer in order for the two sides to work toward signing a Stipulation and Proposed Order that could be submitted to the Court without need for further briefing by Plaintiff or for the hearing now set for June 6, 2013.

The bases for Muller's Opposition to the request for an award of attorney's fees are as follows:

(1) Muller's objections to Plaintiff's Computer Forensics proposals were made in good faith, based upon Muller's sincere concern about the security, privacy, and safety of his own proprietary information resident on the computer hard drives at issue, and not for any malicious or otherwise improper purpose to interfere with Plaintiff's ability to secure its rights through the investigations by Precision Discovery.

(2) Muller's decision to drop those points of opposition to the proposed computer forensics steps is no way a concession that his objections lacked merit, but instead was based entirely upon Muller's assessment of what now is in his best interest, given his current mental and emotional condition.

(3) Muller is unemployed, and has been unemployed for some time.  That situation, combined with his current mental and emotional condition, which is very bad, mean that an order requiring him to pay legal fees to Plaintiff for time spent bringing the instant Motion would work a severe hardship on Muller.

Respectfully submitted,

Dated: May 23, 2013                    LAW OFFICES OF JAMES M. BRADEN


By:_____/s/_James Braden_____
        James Braden

Attorney for Defendant Matthew D. Muller

**DEFENDANT'S NON-OPPOSITION TO MOTION
AS TO COMPUTER FORENSICS, BUT OPPOSITION
TO REQUEST FOR AWARD OF ATTORNEY'S FEES**