Kerry McInerney Freeman (SBN 184764)
kmf@millerlawgroup.com
Claudia J. Castillo (SBN 215603)
cjc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiff
REEVES & ASSOCIATES, PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC,<br><br>        Plaintiff(s),<br><br>v.<br><br>MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE,<br><br>        Defendant(s). | Case No.: CV 11-4762 WHA<br><br>**PLAINTIFF REEVES & ASSOCIATES' REPLY IN SUPPORT OF ITS MOTION TO ENFORCE THE COURT'S FEBRUARY 14, 2013 ORDER AND OCTOBER 14, 2011 STIPULATED ORDER GRANTING INJUNCTIVE RELIEF AND PROTECTIVE ORDER AND REQUEST FOR REASONABLE ATTORNEYS' FEES**<br><br>Complaint filed: September 23, 2011 |

The parties have reached an agreement to resolve Plaintiff's instant Motion. The agreement is memorialized in the Stipulation and Proposed Order attached hereto as Exhibit A. Plaintiff Requests that the Court issue the Proposed Stipulated Order at its earliest opportunity.

Dated:  May 30, 2013                                   MILLER LAW GROUP
                                                       A Professional Corporation


                                                       By: _____/s/_____
                                                           Kerry McInerney Freeman
                                                           Attorneys for Plaintiff
                                                           REEVES & ASSOCIATES, PLC

4848-6427-6243, v.  1



EXHIBIT A

1 | Kerry McInerney Freeman (SBN 184764)
    kmf@millerlawgroup.com
2 | Claudia J. Castillo (SBN 215603)
    cjc@millerlawgroup.com
3 | MILLER LAW GROUP
    A Professional Corporation
4 | 111 Sutter Street, Suite 700
    San Francisco, CA 94104
5 | Tel. (415) 464-4300
    Fax (415) 464-4336
6 |
7 | Attorneys for Plaintiff
    REEVES & ASSOCIATES, PLC
8 |
9 | James M. Braden (SBN # 102397)
    LAW OFFICES OF JAMES M. BRADEN
10 | 44 Montgomery Street, Suite 1210
    San Francisco, Ca 94104
11 | Tel. (415) 398-6865
    Fax (415) 788-5605
12 | Email: Braden@sf-lawyer.com

Attorney for Defendant Matthew D. Muller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC,<br><br>          Plaintiff(s),<br><br>v.<br><br>MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE,<br><br>          Defendant(s). | Case No.: CV 11-4762 WHA<br><br>**[PROPOSED] STIPULATED ORDER GRANTING PLAINTIFF REEVES & ASSOCIATES, PLC's MOTION TO ENFORCE PLAINTIFF REEVES & ASSOCIATES' ENFORCE THE COURT'S FEBRUARY 14, 2013 ORDER AND OCTOBER 14, 2011 STIPULATED ORDER GRANTING INJUNCTIVE RELIEF AND PROTECTIVE ORDER**<br><br>Complaint filed: September 23, 2011 |

1

**[PROPOSED] STIPULATED ORDER GRANTING PLAINTIFF REEVES & ASSOCIATES, PLC's REQUEST TO ENFORCE THE COURT'S ORDERS - Case No.: CV 11-4762 WHA**

The hearing on Plaintiff Reeves & Associates' Motion To Enforce The Court's February 14, 2013 Order And October 14, 2011 Stipulated Order Granting Injunctive Relief And Protective Order (the "Motion") was set to come before the Court on June 6, 2013, in Courtroom 8, the Honorable William H. Alsup presiding. Prior to the hearing, Plaintiff Reeves & Associates, PLC and Defendant Matthew D. Muller ("Defendant"), by and through their counsel, reached the following Stipulation, which Stipulation obviates the need for (1) the Court to rule on Plaintiff's pending motion, (2) the June 6, 2013 hearing to occur, and (3) Plaintiff to file its reply pleadings and evidence regarding Plaintiff's pending motion.

## **STIPULATION**

1. Precision Discovery is authorized to separate and copy all R&A firm data on Defendant's drives "in the manner it determines to be most efficient," within the "general guidelines" of the Stipulated Order Granting Injunctive Relief and Protective Order dated October 14, 2011, starting with creating and sharing a listing of the following file data for all files contained on the drives at issue (whether or not contained in compressed or archived files):

    a. For all files, information contained in the following fields: 1. File name (including path -- such as C:\windows/...etc-- and extension) 2. File size; 3. Created date; 4. Modified date; 5. Access date 6. Last written date, and 7. Description

    b. For emails, the additional information contained in the following fields: To, From, CC, BCC, Date sent, Subject, and (if any attachments) Attachment name.

2. Defendant must not do anything to impede Precision Discovery from carrying out the terms of the Stipulated Order. If Defendant hinders or otherwise attempts to obstruct

1  Precision Discovery's tasks as set forth above in Paragraph 1 or as directed by the Stipulated
2  Order, Defendant shall pay Plaintiff's reasonable attorneys' fees for its efforts from the date
3  of this Order forward to enforce the Stipulated Order and this Order.

5  3. Each side shall bear his or its own attorney's fees and costs incurred in
6  pursuing and defending the instant Motion to Enforce, and including the obtaining of this
7  Stipulated Order.

9  4. Moreover, as R&A has agreed to do,

11  a. R&A shall not use or reveal to anyone any file that is unrelated to R&A,
12  and particularly files pertaining to clients of Defendant or prior employers
13  of Defendant that are unrelated to his employment at R&A, or any
14  information regarding any such file; and

16  b. If R&A ever knowingly comes into possession of any files that are not
17  connected to R&A, its clients or current or former personnel, it will delete
18  those files.

Dated: May 30, 2013                           MILLER LAW GROUP
                                              A Professional Corporation


                                              By: ___/s/_____
                                                 Kerry McInerney Freeman
                                                 Attorneys for Plaintiff
                                                 REEVES & ASSOCIATES, PLC

3
**[PROPOSED] STIPULATED ORDER GRANTING PLAINTIFF REEVES & ASSOCIATES, PLC's REQUEST TO ENFORCE THE COURT'S ORDERS - Case No.: CV 11-4762 WHA**

| | |
|---|---|
| Dated: May 30, 2013 | LAW OFFICES OF JAMES M. BRADEN |
| | By: ___/s/_____<br>James M. Braden<br>Attorneys for Defendant<br>MATTHEW D. MULLER |

## ORDER

Having reviewed the Stipulation executed by Plaintiff REEVES & ASSOCIATES, PLC and Defendant MATTHEW D. MULLER, and good cause appearing, the Court hereby orders that the terms of the Stipulation shall become the Order of this Court.

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Honorable William H. Alsup
United States District Judge

4814-3808-6420, v. 4