1 | Kerry McInerney Freeman (SBN 184764)
    kmf@millerlawgroup.com
2 | Claudia J. Castillo (SBN 215603)
    cjc@millerlawgroup.com
3 | MILLER LAW GROUP
    A Professional Corporation
4 | 111 Sutter Street, Suite 700
    San Francisco, CA 94104
5 | Tel. (415) 464-4300
    Fax (415) 464-4336
6 |
7 | Attorneys for Plaintiff
    REEVES & ASSOCIATES, PLC
8 |
9 | James M. Braden (SBN # 102397)
    LAW OFFICES OF JAMES M. BRADEN
10 | 44 Montgomery Street, Suite 1210
     San Francisco, Ca 94104
11 | Tel. (415) 398-6865
     Fax (415) 788-5605
12 | Email: Braden@sf-lawyer.com

Attorney for Defendant Matthew D. Muller

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEVES & ASSOCIATES, PLC, | Case No.: CV 11-4762 WHA |
| Plaintiff(s), | [PROPOSED] STIPULATED ORDER GRANTING PLAINTIFF REEVES & ASSOCIATES, PLC's MOTION TO ENFORCE PLAINTIFF REEVES & ASSOCIATES' ENFORCE THE COURT'S FEBRUARY 14, 2013 ORDER AND OCTOBER 14, 2011 STIPULATED ORDER GRANTING INJUNCTIVE RELIEF AND PROTECTIVE ORDER |
| v. | |
| MATTHEW D. MULLER, AND DOES 1-25, INCLUSIVE, | |
| Defendant(s). | |
| | Complaint filed: September 23, 2011 |

1

[PROPOSED] STIPULATED ORDER GRANTING PLAINTIFF REEVES & ASSOCIATES, PLC's REQUEST TO ENFORCE THE COURT'S ORDERS - Case No.: CV 11-4762 WHA

The hearing on Plaintiff Reeves & Associates' Motion To Enforce The Court's February 14, 2013 Order And October 14, 2011 Stipulated Order Granting Injunctive Relief And Protective Order (the "Motion") was set to come before the Court on June 6, 2013, in Courtroom 8, the Honorable William H. Alsup presiding. Prior to the hearing, Plaintiff Reeves & Associates, PLC and Defendant Matthew D. Muller ("Defendant"), by and through their counsel, reached the following Stipulation, which Stipulation obviates the need for (1) the Court to rule on Plaintiff's pending motion, (2) the June 6, 2013 hearing to occur, and (3) Plaintiff to file its reply pleadings and evidence regarding Plaintiff's pending motion.

## **STIPULATION**

1. Precision Discovery is authorized to separate and copy all R&A firm data on Defendant's drives "in the manner it determines to be most efficient," within the "general guidelines" of the Stipulated Order Granting Injunctive Relief and Protective Order dated October 14, 2011, starting with creating and sharing a listing of the following file data for all files contained on the drives at issue (whether or not contained in compressed or archived files):

   a. For all files, information contained in the following fields: 1. File name (including path -- such as C:\windows/...etc-- and extension) 2. File size; 3. Created date; 4. Modified date; 5. Access date 6. Last written date, and 7. Description

   b. For emails, the additional information contained in the following fields: To, From, CC, BCC, Date sent, Subject, and (if any attachments) Attachment name.

2. Defendant must not do anything to impede Precision Discovery from carrying out the terms of the Stipulated Order. If Defendant hinders or otherwise attempts to obstruct

1  Precision Discovery's tasks as set forth above in Paragraph 1 or as directed by the Stipulated
2  Order, Defendant shall pay Plaintiff's reasonable attorneys' fees for its efforts from the date
3  of this Order forward to enforce the Stipulated Order and this Order.
4
5       3.    Each side shall bear his or its own attorney's fees and costs incurred in
6  pursuing and defending the instant Motion to Enforce, and including the obtaining of this
7  Stipulated Order.
8
9       4.    Moreover, as R&A has agreed to do,
10
11      a.    R&A shall not use or reveal to anyone any file that is unrelated to R&A,
12 and particularly files pertaining to clients of Defendant or prior employers
13 of Defendant that are unrelated to his employment at R&A, or any
14 information regarding any such file; and
15
16      b.    If R&A ever knowingly comes into possession of any files that are not
17 connected to R&A, its clients or current or former personnel, it will delete
18 those files.
19
20 Dated: May 30, 2013                     MILLER LAW GROUP
21                                      A Professional Corporation
22
23                                      By: ___/s/_____
24                                         Kerry McInerney Freeman
                                        Attorneys for Plaintiff
25                                         REEVES & ASSOCIATES, PLC
26
27
28

[PROPOSED] STIPULATED ORDER GRANTING PLAINTIFF REEVES & ASSOCIATES, PLC's REQUEST TO ENFORCE THE COURT'S ORDERS - Case No.: CV 11-4762 WHA

Dated: May 30, 2013                                    LAW OFFICES OF JAMES M. BRADEN


                                                       By:  /s/
                                                          James M. Braden
                                                          Attorneys for Defendant
                                                          MATTHEW D. MULLER


### ORDER

Having reviewed the Stipulation executed by Plaintiff REEVES & ASSOCIATES, PLC and Defendant MATTHEW D. MULLER, and good cause appearing, the Court hereby orders that the terms of the Stipulation shall become the Order of this Court.

The Court will retain jurisdiction to enforce this order only through May 31, 2014. After that date, the parties must seek any relief in state court.

**IT IS SO ORDERED.**


Dated: _____May 31___, 2013

                                                       _____
                                                       Honorable
                                                       United States

4814-3808-6420, v. 4

*[Signature: Judge William Alsup, United States District Court, Northern District of California]*