1  Kerry McInerney Freeman (SBN 184764)
        kmf@millerlawgroup.com
2  Claudia J. Castillo (SBN 215603)
        cjc@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Plaintiff
7  REEVES & ASSOCIATES, PLC

8
   James M. Braden (SBN # 102397)
9  LAW OFFICES OF JAMES M. BRADEN
   44 Montgomery Street, Suite 1210
10 San Francisco, Ca 94104
   Tel. (415) 398-6865
11 Fax (415) 788-5605
   Email: Braden@sf-lawyer.com
12
   Attorney for Defendant Matthew D. Muller
13

14
15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17
   REEVES & ASSOCIATES, PLC,              Case No.: CV 11-4762 WHA
18
19          Plaintiff(s),                 [PROPOSED] STIPULATED ORDER
                                          GRANTING PLAINTIFF REEVES &
20 v.                                     ASSOCIATES, PLC's MOTION TO
                                          ENFORCE PLAINTIFF REEVES &
21                                        ASSOCIATES' ENFORCE THE COURT'S
   MATTHEW D. MULLER, AND DOES 1-25,      FEBRUARY 14, 2013 ORDER AND
22 INCLUSIVE,                             OCTOBER 14, 2011 STIPULATED
                                          ORDER GRANTING INJUNCTIVE RELIEF
23          Defendant(s).                 AND PROTECTIVE ORDER

24
25                                        Complaint filed:  September 23, 2011
26
27
28

                                          1

The hearing on Plaintiff Reeves & Associates' Motion To Enforce The Court's February 14, 2013 Order And October 14, 2011 Stipulated Order Granting Injunctive Relief And Protective Order (the "Motion") was set to come before the Court on June 6, 2013, in Courtroom 8, the Honorable William H. Alsup presiding.  Prior to the hearing, Plaintiff Reeves & Associates, PLC and Defendant Matthew D. Muller ("Defendant"), by and through their counsel, reached the following Stipulation, which Stipulation obviates the need for (1) the Court to rule on Plaintiff's pending motion, (2) the June 6, 2013 hearing to occur, and (3) Plaintiff to file its reply pleadings and evidence regarding Plaintiff's pending motion.

### STIPULATION

1.      Precision Discovery is authorized to separate and copy all R&A firm data on Defendant's drives "in the manner it determines to be most efficient," within the "general guidelines" of the Stipulated Order Granting Injunctive Relief and Protective Order dated October 14, 2011, starting with creating and sharing a listing of the following file data for all files contained on the drives at issue (whether or not contained in compressed or archived files):

   a.      For all files, information contained in the following fields: 1. File name (including path -- such as C:\windows/...etc-- and extension) 2. File size; 3. Created date; 4. Modified date; 5. Access date 6.  Last written date, and 7. Description

   b.      For emails, the additional information contained in the following fields: To, From, CC, BCC, Date sent, Subject, and (if any attachments) Attachment name.

2.      Defendant must not do anything to impede Precision Discovery from carrying out the terms of the Stipulated Order.  If Defendant hinders or otherwise attempts to obstruct

Precision Discovery's tasks as set forth above in Paragraph 1 or as directed by the Stipulated Order, Defendant shall pay Plaintiff's reasonable attorneys' fees for its efforts from the date of this Order forward to enforce the Stipulated Order and this Order.

3.      Each side shall bear his or its own attorney's fees and costs incurred in pursuing and defending the instant Motion to Enforce, and including the obtaining of this Stipulated Order.

4.      Moreover, as R&A has agreed to do,

a.      R&A shall not use or reveal to anyone any file that is unrelated to R&A, and particularly files pertaining to clients of Defendant or prior employers of Defendant that are unrelated to his employment at R&A, or any information regarding any such file; and

b.      If R&A ever knowingly comes into possession of any files that are not connected to R&A, its clients or current or former personnel, it will delete those files.

Dated:  May 30, 2013                           MILLER LAW GROUP
                                               A Professional Corporation


                                               By: ____/s/_____
                                                   Kerry McInerney Freeman
                                                   Attorneys for Plaintiff
                                                   REEVES & ASSOCIATES, PLC

**[PROPOSED] STIPULATED ORDER GRANTING PLAINTIFF REEVES & ASSOCIATES, PLC's REQUEST TO ENFORCE THE COURT'S ORDERS - Case No.: CV 11-4762 WHA**

1

Dated:  May 30, 2013                                     LAW OFFICES OF JAMES M. BRADEN

2

3                                                        By: ___/s/_____

4                                                             James M. Braden
                                                             Attorneys for Defendant
5                                                             MATTHEW D. MULLER

6

7

8                                                  **ORDER**

9

10          Having reviewed the Stipulation executed by Plaintiff REEVES & ASSOCIATES,

11   PLC and Defendant MATTHEW D. MULLER, and good cause appearing, the Court hereby

12   orders that the terms of the Stipulation shall become the Order of this Court.

13          The Court will retain jurisdiction to enforce this order only through May 31, 2014.

14   After that date, the parties must seek any relief in state court.

15   **IT IS SO ORDERED.**

16

17   Dated:  _____May 31_, 2013

18                                                   Hon___
                                                     Uni__ S
19

20   4814-3808-6420, v.  4
                                                     Judge William Alsup
21

22

23

24

25

26

27

28

---

4

**[PROPOSED] STIPULATED ORDER GRANTING PLAINTIFF REEVES & ASSOCIATES, PLC's REQUEST TO**
**ENFORCE THE COURT'S ORDERS - Case No.: CV 11-4762 WHA**